# POLLOCK | COHEN LLP
60 BROAD STREET, 24TH FLOOR
NEW YORK, NEW YORK 10004
(212) 337-5361

*CONTACT:*
Adam Pollock
Adam@PollockCohen.com
(646) 290-7251

May 19, 2022

**VIA ECF**

Hon. Paul A. Engelmayer, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *Bizzabo Ltd. et al. v. Pixeline Technologies, Inc. et al.*,
            S.D.N.Y. No. 1:22 Civ. 04010

Dear Judge Engelmayer:

    We were retained, yesterday afternoon, to represent Defendants Pixeline Technologies, Inc., Pixeline Technologies Ltd., and Elad Rosanski in the above-referenced matter.

    We write, with consent of Plaintiffs Bizzabo Ltd. and Bizzabo, Inc., to request a brief, <u>two-day</u> adjournment of the deadlines set forth in Your Honor's Order to Show Cause, including the hearing scheduled for Tuesday, May 24 at 9:00 a.m. (ECF no. 13, dated May 17, 2022.) The reasons for the request are that (a) we were just hired and need a few additional days to prepare and (b) my second-grade daughter has a school field trip on Tuesday, which I previously agreed to chaperone.

    The original due dates are: Defendants' opposition, tomorrow, May 20 at 5:00 p.m.; Plaintiffs' reply, Monday, May 23 at 12:00 m.; and hearing on Tuesday, May 24 at 9:00 a.m.

    We respectfully request a two-calendar day adjournment of all dates to: May 22 (opposition); May 25 (reply); and May 26 (hearing).

    There have been no previous requests for an adjournment. Plaintiffs consent to the adjournment.

    Thank you for Your Honor's consideration in this request.

                                            Sincerely,

                                            /s/ *Adam Pollock*

                                            Adam Pollock

The Court regretfully cannot grant the request for these adjournment dates due to scheduling constraints.  If the parties jointly request for an adjournment of the hearing until 8:30 a.m on June 1; 5 p.m. on June 1; or 3 p.m. on June 3, the Court will grant it and adjourn the deadlines for the parties' submissions accordingly.  SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge
5/19/22