# Cooley

David H. Kupfer    Via ECF
T: +1 212 479 6530
dkupfer@cooley.com

May 20, 2022

Hon. Paul A. Engelmayer, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: **Bizzabo Ltd. et al v. Pixeline Technologies, Inc. et al, SDNY No. 1:22 Civ. 04010**

Dear Judge Engelmayer:

We represent Plaintiffs in the above-captioned action. We write in connection with Defendants' request for an adjournment of the schedule for the preliminary injunction motion (Dkt. No. 18), and in response to the Court's Order, denying the request and providing its availability for a hearing in early June (Dkt. No. 19).

While the motion for preliminary injunction presents important and time-sensitive issues which require expedited resolution, Plaintiffs are sympathetic to the fact that defense counsel was only recently retained and may need additional time to prepare responsive papers. Accordingly, we join Defendants in their request for an adjournment and the parties jointly propose the following schedule:

- Defendants' opposition papers shall be filed and served no later than Monday, May 23, 2022 at 5 PM;

- Plaintiffs' reply papers shall be filed and served no later than Friday, May 27, 2022 at 5 PM;

- The Court shall hold a hearing on the motion for preliminary injunction on June 1, 2022 at 8:30 AM.

We thank the Court for its consideration and wish it an enjoyable Memorial Day holiday.

Respectfully submitted,

/s/ David H. Kupfer

David H. Kupfer

Granted. The Court thanks the parties for their collegiality. SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge
5/20/22