# POLLOCK | COHEN LLP

60 BROAD STREET, 24TH FLOOR
NEW YORK, NEW YORK 10004
(212) 337-5361

*CONTACT:*
Adam Pollock
Adam@PollockCohen.com
(646) 290-7251

---

May 30, 2022

**VIA ECF**

Hon. Paul A. Engelmayer, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:   *Bizzabo Ltd. et al. v. Pixeline Technologies, Inc. et al.*,
            S.D.N.Y. No. 1:22 Civ. 04010

Dear Judge Engelmayer:

      We represent Defendants in the above-referenced matter in which Your Honor has scheduled a hearing for Wednesday, June 1, 2022 at 8:30 a.m. (ECF no. 23.) We write, with consent of Plaintiffs, to request that the Court hold the hearing by **Zoom**.

      The original hearing date was May 24. (ECF no. 13.) We jointly requested a two-day adjournment, which was denied due to the Court's unavailability. (ECF no. 19.) Following the Court's guidance, we then jointly requested an adjournment to June 1, which was granted. (ECF no. 23.)

      The reason for the proposed change is that my daughter has contracted Covid. As a result, according to the Court's Covid protocols (revised May 20, 2022), I will not be able to enter the courthouse until June 3 (at the earliest).

      Alternatively, if the Court is not amenable to a Zoom hearing, the parties would respectfully request Your Honor's availability for dates in the following weeks.

      Thank you for Your Honor's consideration in this request.

                                                     Sincerely,

                                                   /s/ *Adam Pollock*

                                                   Adam Pollock