# Exhibit H

**From:** Elad Rosanski elad@xtag.com
**Subject:** Re: Mutual NDA
**Date:** May 6, 2021 at 5:50 PM
**To:** Noa Weyl noa.weyl@bizzabo.com
**Cc:** Gal Sion Gal.Sion@goldfarb.com, Oded Porath oded@bizzabo.com

Yes, please
Elad Rosanski
elad@xtag.com

Thank you.

On Fri, May 7, 2021, 00:48 Noa Weyl <noa.weyl@bizzabo.com> wrote:
> Confirming this is good to go.
>
> @Elad Rosanski if you can share the name and email of your signatory (is that you?) I can circulate a DocuSign envelope.
>
> Thanks,
> Noa
>
> On Thu, May 6, 2021 at 3:57 PM Gal Sion <Gal.Sion@goldfarb.com> wrote:
>>
>> Gal Sion | Senior Counsel
>>
>> Goldfarb Seligman & Co., Law Offices
>>
>> Ampa Tower, 98 Yigal Alon Street, Tel Aviv 67891, Israel
>>
>> Tel: +972 (3) 608-9849 | Fax: +972 (3) 608-9808
>>
>> Mobile: +972 (548) 116856
>>
>> Gal.Sion@goldfarb.com | www.goldfarb.com
>>
>> Emails are not secure and cannot be guaranteed to be error free as they may be intercepted, amended, lost or destroyed, or may contain viruses. Anyone who communicates with us by email is taken to accept these risks. Furthermore, this e-mail message and any attachments thereto are intended only for use by the addressee(s) named above, and may contain legally privileged or confidential information. If you are not the intended addressee, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachments thereto is strictly prohibited. If you have received this e-mail in error, kindly delete it from your computer system, and notify us by reply e-mail. Thank you.
>>
>> **From:** Noa Weyl <noa.weyl@bizzabo.com>
>> **Sent:** Thursday, May 6, 2021 10:52 PM
>> **To:** Gal Sion <Gal.Sion@goldfarb.com>
>> **Cc:** Oded Porath <oded@bizzabo.com>; Elad Rosanski <elad@xtag.com>
>> **Subject:** Re: Mutual NDA
>>
>> Hi Gal,
>>
>> Attached is a non final version of the NDA.
>>
>> Please propose language you feel comfortable with.
>>
>> Thanks,
>>
>> Noa
>>
>> On Thu, May 6, 2021 at 1:18 PM Noa Weyl <noa.weyl@bizzabo.com> wrote:
>>> My bad, sorry.
>>>
>>> Thanks for letting me know!
>>>
>>> On Thu, May 6, 2021 at 1:17 PM Elad Rosanski <elad@xtag.com> wrote:
>>>> Hi Noah, it came for 11:30, can you please revise?

On Thu, May 6, 2021, 20:05 Elad Rosanski <elad@xtag.com> wrote:
> I'll join at least to say Hi :)
>
> On Thu, May 6, 2021, 20:04 Noa Weyl <noa.weyl@bizzabo.com> wrote:
>> Thank you both, will share a zoom link.
>>
>> Whether or not you join is up to you and Gal :)
>>
>> On Thu, May 6, 2021 at 12:46 PM Elad Rosanski <elad@xtag.com> wrote:
>>> Hi Noa,
>>>
>>> It's a pleasure to meet you!
>>>
>>> I'm looping in @Gal Sion our attorney.
>>>
>>> Gal is free at 10:30 PM Israel time. Would you like me to be on the call as well?
>>>
>>> Thank you.
>>>
>>> On Thu, 6 May 2021 at 19:41, Noa Weyl <noa.weyl@bizzabo.com> wrote:
>>>> Hi Elad,
>>>>
>>>> I don't believe we met before, I'm Noa, Bizzabo's Director of Legal, pleasure.
>>>>
>>>> We both want to push this forward but I have some reservations. Can you please connect me with your counsel so we can try and solve this issue?
>>>>
>>>> Shouldn't take long and I'm free in the next hour or after 2100 Israel time.
>>>>
>>>> Thanks,
>>>>
>>>> Noa
>>>>
>>>> On Thu, May 6, 2021 at 10:00 AM Elad Rosanski <elad@xtag.com> wrote:
>>>>> Attached with minor changes - let's sign :)
>>>>>
>>>>> On Thu, 6 May 2021 at 16:59, Oded Porath <oded@bizzabo.com> wrote:
>>>>>> Forwarded to the Bizzabo email mistakenly.
>>>>>>
>>>>>> ---------- Forwarded message ---------
>>>>>> From: **Oded Porath** <oded@bizzabo.com>
>>>>>> Date: Thu, May 6, 2021 at 9:36 AM
>>>>>> Subject: Fwd: Mutual NDA
>>>>>> To: Elad Rosanski <elad.rosanski@bizzabo.com>
>>>>>> Cc: Noa Weyl <noa.weyl@bizzabo.com>
>>>>>>
>>>>>>
>>>>>> Elad - FYI.
>>>>>>
>>>>>> ---------- Forwarded message ---------
>>>>>> From: **Noa Weyl** <noa.weyl@bizzabo.com>
>>>>>> Date: Thu, May 6, 2021 at 9:34 AM
>>>>>> Subject: Re: Mutual NDA
>>>>>> To: Oded Porath <oded@bizzabo.com>
>>>>>>
>>>>>>
>>>>>> Hey,
>>>>>>
>>>>>> I'm fine with a defined term but don't like calling out a specific transaction type as a purpose. While currently that may be the parties intention, it may change during the discussions and we wouldn't want to have to sign a new NDA for any such tweak, or worry that information we share is not actually protected as the purpose has shifted. Revised language suggested in the attached.

Note that Pixeline would like some sort of recognition of their IP ownership. Not only is a NDA not the right tool for that, I don't see how Bizzabo can acknowledge that. This comfort we would be seeking from them, not the other way around. Among other things, this is what a DD is for.

Thanks,

Noa

On Thu, May 6, 2021 at 8:47 AM Oded Porath <oded@bizzabo.com> wrote:

> Let me know.
>
> ---------- Forwarded message ---------
> From: **Elad Rosanski** <elad@xtag.com>
> Date: Thu, May 6, 2021 at 8:45 AM
> Subject: Re: Mutual NDA
> To: Oded Porath <oded@bizzabo.com>
>
> Gal's comment:
>
> Elad,
>
> See attached.
>
> This NDA is only for the M&A, confidentiality regarding business relationship shall be covered by the specific agreements, if they will be signed. The information disclosed as part of due diligence is more sensitive and should not be used later in the business relationship if the transaction does not go through.
>
> The NDA should have a definitive term, otherwise the receiving party may retain the information until being requested to delete it and in most cases no one remembers to send such a request.
>
> Kind regards,
>
> Gal
>
> On Thu, 6 May 2021 at 15:21, Oded Porath <oded@bizzabo.com> wrote:
>
>> ---------- Forwarded message ---------
>> From: **Noa Weyl** <noa.weyl@bizzabo.com>
>> Date: Thu, May 6, 2021 at 8:18 AM
>> Subject: Re: Mutual NDA
>> To: Oded Porath <oded@bizzabo.com>
>>
>> Hey,
>>
>> Attached with minor revisions.
>>
>> Key issue - I'd rather the NDA be for a general purpose rather than a potential purchase. As such, it should have a longer term.
>>
>> This will serve the businesses' ongoing relationship regardless of which path they choose to take.
>>
>> Thanks,
>>
>> Noa
>>
>> On Thu, May 6, 2021 at 6:36 AM Oded Porath <oded@bizzabo.com> wrote:
>>
>>> Let me know if good to sign?

---------- Forwarded message ---------
From: **Elad Rosanski** <elad@xtag.com>
Date: Thu, May 6, 2021 at 3:52 AM
Subject: Mutual NDA
To: Porath <oded@bizzabo.com>

Hi,

please see with some minor comments.

Please approve, sign, and send me to countersign :)

Thanks!

--

### Elad Rosanski
CMO
T. +972-72-2705000 | M. +972-54-5991565

--

### Oded Porath
SVP of Operations
he/him/his

Bizzabo was named a leader in The Forrester Wave™: B2B Marketing Events Management Solutions, Q1 2021 report! **READ THE ANNOUNCEMENT**

--

### Noa Weyl
Director of Legal
(she/her/hers)

Bizzabo was named a leader in The Forrester Wave™: B2B Marketing Events Management Solutions, Q1 2021 report! **READ THE ANNOUNCEMENT**



--

**Oded Porath**
SVP of Operations
he/him/his

  

Bizzabo was named a leader in The Forrester Wave™: B2B Marketing Events Management Solutions, Q1 2021 report! **READ THE ANNOUNCEMENT**



--

**Elad Rosanski**
CMO
T. +972-72-2705000 | M. +972-54-5991565

 

--

**Oded Porath**
SVP of Operations
he/him/his

he/him/his

Bizzabo was named a leader in The Forrester Wave™: B2B Marketing Events Management Solutions, Q1 2021 report! **READ THE ANNOUNCEMENT**



--

**Noa Weyl**
Director of Legal
(she/her/hers)

Bizzabo was named a leader in The Forrester Wave™: B2B Marketing Events Management Solutions, Q1 2021 report! **READ THE ANNOUNCEMENT**



--

**Oded Porath**
SVP of Operations
he/him/his

Bizzabo was named a leader in The Forrester Wave™: B2B Marketing Events Management Solutions, Q1 2021 report! **READ THE ANNOUNCEMENT**



--

**Oded Porath**
SVP of Operations
he/him/his



Bizzabo was named a leader in The Forrester Wave™: B2B Marketing Events Management Solutions, Q1 2021 report! **READ THE ANNOUNCEMENT**



--

**Elad Rosanski**
CMO
T. +972-72-2705000 | M. +972-54-5991565



--

**Noa Weyl**
Director of Legal
(she/her/hers)



Bizzabo was named a leader in The Forrester Wave™: B2B Marketing Events Management Solutions, Q1 2021 report! **READ THE ANNOUNCEMENT**



--

**Elad Rosanski**
CMO
T. +972-72-2705000 | M. +972-54-5991565



--

**Noa Weyl**
Director of Legal
(she/her/hers)



Bizzabo was named a leader in The Forrester Wave™: B2B Marketing Events Management Solutions, Q1 2021 report! **READ THE ANNOUNCEMENT**



--

**Noa Weyl**
Director of Legal
(she/her/hers)



Bizzabo was named a leader in The Forrester Wave™: B2B Marketing Events Management Solutions, Q1 2021 report! **READ THE ANNOUNCEMENT**



--

### Noa Weyl
Director of Legal
(she/her/hers)



Bizzabo was named a leader in The Forrester Wave™: B2B Marketing Events Management Solutions, Q1 2021 report! **READ THE ANNOUNCEMENT**



--

### Noa Weyl
Director of Legal
(she/her/hers)



Bizzabo was named a leader in The Forrester Wave™: B2B Marketing Events Management Solutions, Q1 2021 report! **READ THE ANNOUNCEMENT**