UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
:
BIZZABO LTD., et al., :
: 22 Civ. 4010 (PAE)
Plaintiffs, :
: ORDER
-v- :
:
PIXELINE TECHNOLOGIES, INC., et al., :
:
Defendants. :
:
:
------------------------------------------------------------------------ X

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record today, the Court denied plaintiffs' motion to convert the temporary restraining order, Dkt. 13, into a preliminary injunction, based on the forum selection clause in the parties' contract. The Court further ordered that the TRO be maintained for 72 hours, until 1 p.m. Eastern time on June 30, 2022, to allow plaintiffs to seek emergency relief in a proper forum.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: June 27, 2022
       New York, New York